UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

3:14CR105 -FDW

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff | ) | |
| | ) | |
| | ) | ORDER |
| | ) | |
| RAUL RAMOS, | ) | |
| | ) | |
| Defendant | ) | |

This **MATTER** is before the Court on its own Motion to administratively close the case as to **RAUL RAMOS**. The defendant appears to remain a fugitive with no activity taking place in this case in recent times.

It is, therefore, **ORDERED** that this case be deemed closed for administrative purposes only, subject to re-opening upon the apprehension or appearance of the defendant.

Signed: April 1, 2016

Frank D. Whitney
Chief United States District Judge